IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JEREMY SPENCER | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17cv43 |
| ERICA J. HAYES, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jeremy Spencer, proceeding *pro se*, filed the above-styled lawsuit against several defendants, including Vanessa Ardoin. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Defendant Ardoin has filed a motion to dismiss (doc. no. 19). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion to dismiss filed by defendant Ardoin is **GRANTED** and the claim against her is **DISMISSED** for failure to state a claim upon which relief may be granted.

**So Ordered and Signed**
**Jul 12, 2018**

_____
Ron Clark, United States District Judge