IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JEREMY P. SPENCER | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17cv43 |
| SHEILA JACKSON, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jeremy P. Spencer, proceeding *pro se*, filed the above-styled lawsuit against several defendants, including Jefferson County, Texas. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Jefferson County has filed a motion to dismiss (doc. no. 16). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge (doc. no. 31) recommending the motion be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion to dismiss filed by Jefferson County is **GRANTED** and the claim against Jefferson County is **DISMISSED** for failure to state a claim upon which relief may be granted.

**So Ordered and Signed**
**Aug 27, 2018**

_____
Ron Clark, Senior District Judge