IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JEREMY P. SPENCER | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17cv43 |
| SHEILA JACKSON, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jeremy P. Spencer, proceeding *pro se*, filed the above-styled lawsuit against several defendants, including LaQuintin Wilson. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge (doc. no. 43) recommending that the claim of defendant Wilson be dismissed without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. An appropriate final judgment shall be entered.

**So Ordered and Signed**
**Jan 7, 2019**

_____
Ron Clark, Senior District Judge